UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LYNDA CARTWRIGHT and LLOYD CARTWRIGHT on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIKING INDUSTRIES, INC., an Oregon Corporation, and Does 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 2:07-CV-02159-FCD-EFB<br><br>ORDER |

----oo0oo----

   This matter comes before the court on defendant Viking Industries, Inc.'s ("Viking") ex parte application for an extension of time to respond to plaintiffs' first set of interrogatories and first set of requests for production of documents.  The court has considered defendant's application and accompanying declaration in support thereof, plaintiff's opposition to the application and accompanying declaration in support thereof, and defendant's reply.

1    In light of the pending motion to stay discovery scheduled
2 to be heard by the court on June 20, 2008, and good cause having
3 been shown, defendant Viking's application is GRANTED.  The
4 deadline for defendant's responses to plaintiff's first set of
5 interrogatories and first set of requests for production of
6 documents is July 10, 2008.  Accordingly, the court modifies the
7 pre-trial scheduling order as follows:
8    (1)  Pre-certification discovery shall be completed by
9         September 26, 2008;
10   (2)  Pre-certification expert witness disclosure is due
11        October 23, 2008.  Rebuttal expert disclosures are due
12        by November 21, 2008.  All pre-certification expert
13        discovery shall be completed by December 18, 2008.
14 All other dates shall remain the same.[1]
15   IT IS SO ORDERED.
16 DATED: May 23, 2008

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] The court would entertain a motion to modify the Pretrial Scheduling Order if other deadlines set forth in the Order are affected by this current extension.