Robert J. Nelson (State Bar No. 132727)
Steve M. Swerdlow (State Bar No. 250344)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111 3339
Telephone:  (415) 956 1000
Facsimile:  (415) 956 1008

David M. Birka-White (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
Thomas D. Hicks (State Bar No. 238545)
BIRKA-WHITE LAW OFFICES
744 Montgomery Street, Fourth Floor
San Francisco, CA  94111
Telephone:  (415) 616-9999
Facsimile:  (415) 616-9494

Attorneys for Plaintiffs Lynda and Lloyd Cartwright

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LYNDA CARTWRIGHT, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>VIKING INDUSTRIES, INC., et al.,<br><br>　　　　　Defendants. | Case No.  2:07-CV-02159-FCD-EFB<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |

　　　　WHEREAS, Plaintiffs Lloyd and Lynda Cartwright ("Plaintiffs") and Defendant Viking Industries, Inc. ("Viking") agree that pre-certification discovery cannot be completed by the existing discovery cutoff without significant unnecessary expense and inconvenience to the parties; and

　　　　WHEREAS, Plaintiffs and Viking agree that such unnecessary expense and inconvenience can be avoided by extending the dates for the completion of pre-certification discovery for a

period o thirty (30) days;

NOW, THEREFORE, Plaintiff and Viking; through their respective counsel, stipulate that the pre-trial scheduling order dated April 22, 2008 (the "Scheduling Order") in this action may be modified as follows:

1. Pre-certification discovery shall be completed by November 3, 2008;

2. Pre-certification expert witness disclosure is due November 24, 2008.

3. Rebuttal expert disclosures are due by December 22, 2008.

4. All pre-certification expert discovery shall be completed by January 19, 2009.

5. All other dates set forth in the Scheduling Order shall remain the same.

Dated:  September 12, 2008                BIRKA-WHITE LAW OFFICES

By: /s/ David M. Birka –White (as authorized on 9/12/08)
    David M. Birka-White

Counsel for Plaintiffs
Lloyd and Lynda Cartwright

Dated:  September 12, 2008                ROPERS, MAJESKI, KOHN & BENTLEY

By:  /s/ J. Mark Thacker (as authorized on 9/12/08)
     J. Mark Thacker

Counsel for Defendant Viking Industries, Inc.

**ORDER**

**IT IS SO ORDERED** this 17th day of September, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE