RICHARD M. WILLIAMS (SBN 68032)
KEVIN P. CODY (SBN 96355)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113
Telephone:      (408) 287-6262
Facsimile:       (408) 918-4501

Attorneys for Defendant
VIKING INDUSTRIES, INC., an Oregon
corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNDA CARTWRIGHT and LLOYD CARTWRIGHT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING INDUSTRIES, INC., an Oregon corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.  2:07-cv-2159 FCD/EFB**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND FOR SANCTIONS**<br><br>**Complaint filed:  August 16, 2007** |

Plaintiffs LYNDA CARTWRIGHT and LLOYD CARTWRIGHT and Defendant VIKING INDUSTRIES, INC., hereby stipulate, by and through their respective counsel, as follows:

The December 3, 2008 hearing date for Plaintiffs' Motion to Compel Further Responses to Request for Production of Documents and for Sanctions may be continued to **December 10, 2008, at 10:00 a.m.**

RC1/5216029.1/DB — - 1 - — Case No.  2:07-cv-2159 FCD/EFB

**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND FOR SANCTIONS**

Dated:  November 17, 2008         ROPERS, MAJESKI, KOHN & BENTLEY

(As authorized on November 17, 2008)

By: _____/s/_____
    J. MARK THACKER
    Attorneys for Defendant
    VIKING INDUSTRIES, INC.

Dated:  November 17, 2008         BIRKA-WHITE LAW OFFICES

By: _____/s/_____
    STEPHEN OROZA
    Attorneys for Plaintiffs
    LYNDA CARTWRIGHT and LLOYD CARTWRIGHT

## **ORDER**

SO ORDERED

Dated:  November 17, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

RC1/5216029.1/DB      - 2 -      Case No.  2:07-cv-2159 FCD/EFB

**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFFS'
MOTION TO COMPEL FURTHER RESPONSES AND FOR SANCTIONS**