IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

LYNDA CARTWRIGHT, et al.,

    Plaintiffs,                      CIV-S-07-2159 FCD EFB

    v.

VIKING INDUSTRIES, INC.,

    Defendant.
_____/

       Plaintiffs filed, on November 12, 2008, a motion to compel defendant to provide further responses to production requests, and for sanctions. **The matter is set for hearing on December 10, 2008.** Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement shall be filed not later than *five* court days before the scheduled hearing. Accordingly, the **deadline for filing the joint statement shall be December 3, 2008, by 5:00 p.m.**

       The parties are reminded of the necessity of meeting and conferring in good faith, and attempting to resolve their discovery dispute prior to preparation of their joint statement. E.D. Cal. L.R. 37-251(b), (c)(1). The joint statement on those matters that cannot be resolved informally may be organized by category, with specific discovery items attached, if appropriate, as exhibits. For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition. E.D. Cal. L.R. 37-251(c)(3). Do not file separate briefing. *Ibid.*

       Privilege objections must comply with Fed. R. Civ. P. 26(b)(5). Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log. The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

       The moving party is responsible for filing the joint statement. The opposing party nevertheless must timely draft and submit its portion. Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

DATED: November 20, 2008.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE