RICHARD M. WILLIAMS (SBN 68032)
KEVIN P. CODY (SBN 96355)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendant
VIKING INDUSTRIES, INC., an Oregon corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNDA CARTWRIGHT and LLOYD CARTWRIGHT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING INDUSTRIES, INC., an Oregon corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:07-cv-2159 FCD/EFB<br><br>**AMENDED STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES AND FOR SANCTIONS**<br><br>Complaint filed: August 16, 2007 |

Plaintiffs LYNDA CARTWRIGHT and LLOYD CARTWRIGHT and Defendant VIKING INDUSTRIES, INC., hereby stipulate, by and through their respective counsel, as follows:

The December 10, 2008 hearing date for Plaintiffs' Motion to Compel Further Responses to Request for Production of Documents and for Sanctions is hereby continued to **December 17, 2008, at 10:00 a.m.**, before Magistrate Judge Edmund F. Brennan.

| | |
|---|---|
| Dated: December 2, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: _____/s/_____<br>J. MARK THACKER<br>Attorneys for Defendant<br>VIKING INDUSTRIES, INC. |
| Dated: December 2, 2008 | BIRKA-WHITE LAW OFFICES |
| | By: _____/s/_____<br>STEPHEN OROZA<br>Attorneys for Plaintiffs<br>LYNDA CARTWRIGHT and LLOYD CARTWRIGHT |

So Ordered.

Dated: December 3, 2008.

_____/s/ Edmund F. Brennan_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE