Robert J. Nelson (State Bar No. 132727)
Steve M. Swerdlow (State Bar No. 250344)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111 3339
Telephone:  (415) 956 1000
Facsimile:  (415) 956 1008

David M. Birka-White (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
BIRKA-WHITE LAW OFFICES
411 Hartz Avenue, Suite 200
Danville, CA  94526
Telephone:  (925) 362-9999
Facsimile:  (925) 362-9970

Attorneys for Plaintiffs Lynda and Lloyd Cartwright

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LYNDA CARTWRIGHT, et al., | Case No.  2:07-CV-02159-FCD-EFB |
| Plaintiffs, | **THIRD STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |
| v. | |
| VIKING INDUSTRIES, INC., et al., | |
| Defendants. | |

WHEREAS, disputes have arisen between Plaintiffs Lloyd and Lynda Cartwright ("Plaintiffs") and Defendant Viking Industries, Inc. ("Viking") arising from events occurring after the Order granting Plaintiffs' motion to compel responses to discovery (Document No. 64) (the "Discovery Order"); and

WHEREAS, under the terms of the current Status (Pre-Trial Scheduling) Order (Document No. 36) (the "Scheduling Order"), the completion of discovery does not occur until any discovery order has "been obeyed;" and

- 1 - THIRD STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

1  WHEREAS, by a previous Stipulation to Amend Scheduling Order and Order Thereon (Document No. 66) (the "Prior Stipulated Order"), the cutoff for non-expert discovery was set as November 3, 2008; and

WHEREAS, by a Second Stipulation to Amend Scheduling Order and Order Thereon (Document No. 70) (the "Second Stipulated Order"), the cutoff for (1): the deposition of Meriza Rodrigues and the Viking designee(s) selected to testify concerning communications with Plaintiffs; and (2) discovery related to matters which are the subject of the Discovery Order was extended to January 5, 2009;

WHEREAS, the parties have resolved some of the issues raised by the Discovery Order and have set a hearing on a further motion to compel for December 24, 2008; and

WHEREAS, the parties selected December 24, 2008 as the date for the hearing only because it is the last date available before the current discovery cutoff; and

WHEREAS, the parties believe that resolution of the remaining issues can be effected but that their resolution will require that the discovery cutoff relating to these issues be extended; and

WHEREAS, the clerk for Judge Brennan has advised the parties that it is his strong preference not to hold a hearing on December 24, 2008; and

WHEREAS, the parties will continue the discovery hearing until after December 24, 2008 if the cutoff for discovery is extended as requested herein;

WHEREAS, the parties are requesting only twenty-one (21) additional days to address the issues raised by the Discovery Order and all other dates will remain unchanged;

NOW, THEREFORE, the parties stipulate as follows:

1. Discovery related to matters which are the subject of the Discovery Order shall be completed by January 26, 2009;

2. The deposition of Meriza Rodrigues and the Viking designee(s) selected to testify

concerning communications with Plaintiffs shall be completed by January 26, 2009;

3. All other dates set forth in the Scheduling Order, as amended by the Prior Stipulated Order, shall remain the same.

Dated:  December 10, 2008           BIRKA-WHITE LAW OFFICES

By: _____/s/ Stephen Oroza_____
        Stephen Oroza

Counsel for Plaintiffs Lloyd and Lynda Cartwright

Dated:  December 10, 2008           ROPERS, MAJESKI, KOHN & BENTLEY
(as authorized on December 9, 2008)

By: _____/s/ J. Mark Thacker_____
        J. Mark Thacker

Counsel for Defendant Viking Industries, Inc.

## **ORDER**

**IT IS SO ORDERED** this 10th day of December, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE