1  Robert J. Nelson (State Bar No. 132727)
Steve M. Swerdlow (State Bar No. 250344)
2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
3  275 Battery Street, 30th Floor
San Francisco, CA  94111 3339
4  Telephone:  (415) 956 1000
Facsimile:  (415) 956 1008
5
David M. Birka-White (State Bar No. 85721)
6  Stephen Oroza (State Bar No. 84681)
BIRKA-WHITE LAW OFFICES
7  411 Hartz Avenue, Suite 200
Danville, CA  94526
8  Telephone:  (925) 362-9999
Facsimile:  (925) 362-9970
9
Attorneys for Plaintiffs Lynda and Lloyd Cartwright
10
(Additional Counsel on Signature Page)
11
**UNITED STATES DISTRICT COURT**
12
**EASTERN DISTRICT OF CALIFORNIA**
13
**SACRAMENTO DIVISION**
14

15
| | |
|---|---|
| LYNDA CARTWRIGHT, et al., | Case No.  2:07-CV-02159-FCD-EFB |
| Plaintiffs, | **AMENDED STIPULATION AND ORDER FOR PARTIAL RESOLUTION OF DISCOVERY DISAGREEMENTS AND FOR CONTINUANCE** |
| v. | |
| VIKING INDUSTRIES, INC., et al., | Date:        December 17, 2008 |
| Defendants. | Time:        10:00 a.m. |
| | Courtroom: 25 |
| | Magistrate Judge Edmund F. Brennan |

16

17

18

19

20

21

22
        Plaintiffs Lloyd and Lynda Cartwright ("Plaintiffs") and Defendant Viking Industries, Inc.
23
("Viking") have agreed to a partial resolution of Plaintiffs' Motion To Compel Further Responses
24
To Requests For Production Of Documents And For Sanctions (the "Motion to Compel").
25
        In addition, counsel for Plaintiffs and Viking are continuing their efforts to resolve issues
26
raised by the Motion to Compel which remain in dispute and believe that there is a genuine
27
prospect that such issues might be resolved consensually.
28

AMENDED STIPULATION AND ORDER RE
DISCOVERY DISAGREEMENTS
CASE NO.  2:07-CV-02159-FCD-EFB

1        Based on the foregoing, Plaintiffs and Viking stipulate that:

2        1.        Viking withdraws its claims of work product protection and attorney-client

3    privilege for the documents (the "Expert Documents") described in Defendant Viking Industries,

4    Inc's Privilege Log served on September 24, 2008 as follows:  Exhibit A, Nos. 6, 7, 19, 20, 21,

5    22, 23, 24, 35, 36, 38, 40, 58, 61, 62, 64, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 85, 86, 87, 88, 89,

6    90, 91, 94, 95, 96, 97. 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112,

7    113, 114, 115, 117, 118, 119, 120 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132,

8    133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 146, 147,  150, 151, 152, 153, 154,

9    155, 156, 157, 158, 162, 164, 165, 166, 167, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178,

10   180, 181, 182, 183, 184, 185, 187, 188, 189, 190, 191, 192, 193, 194, 195, 196, 197, 198, 199,

11   200, 201, 202, 203, 204, 205, 208, 209, 218, 221,  222, 223, 224, 225, 226, 227, 228, 229, 230,

12   231, 234, 235,  236, 237, 238, 239, 240, 241, 260, 262, 263, 265, 266, 267, 268, 269, 270, 271,

13   272, 273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290,

14   and 300, Exhibit C, No. 307.

15       2.        With respect to the documents described in Exhibit A as Document Nos. 290 and

16   300 (the "Catch-All Categories'), Viking withdraws claims of work product protection and

17   attorney-client privilege for all documents relating to communications from or with Viking's

18   experts, including any documents shown to the experts.  The Court will retain jurisdiction to

19   resolve any disputes between the parties concerning which documents in the Catch-All Categories

20   must be produced under the terms of this Stipulation.

21       3.        The Expert Documents will be produced so that they are received by counsel for

22   Plaintiffs no later than December 19, 2008.

23       4.         The hearing on Plaintiffs' claim that Viking has failed to produce an electronic

24   database it was ordered to produce in the Court's Order granting Plaintiffs' prior motion to

25   compel (Docket No. 64) (the "Discovery Order") and Plaintiffs' request for sanctions will be

26   continued to January 21, 2009 (the "Continued Hearing").

27       5.        The parties will continue to work to resolve the issues related to the Continued

28   Hearing and will submit to the Court a further stipulation and proposed order if they resolve these

1   issues.  If the parties intend to proceed with hearing on January 21, 2009, their joint statement

2   pursuant to 37-251 shall be filed on or before January 14, 2009.

3

4   Dated: December 12, 2008                    BIRKA-WHITE LAW OFFICES

5

6                                               By:  _____/s/ Stephen Oroza_____
                                                        Stephen Oroza
7                                               Counsel for Plaintiffs Lynda and Lloyd
                                                Cartwright
8
    Dated: December 12, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY
9                                               (as authorized on December 12, 2008)

10                                              By:  _____/s/ J. Mark Thacker_____
                                                        J. Mark Thacker
11                                              Counsel for Defendant
                                                Viking Industries, Inc.
12

13                                **ORDER**

14
    **As amended above, the stipulation is approved.**
15
    **IT IS SO ORDERED** this 15th day of December, 2008
16

17

18                                              _____
                                                EDMUND F. BRENNAN
19                                              UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION AND ORDER RE
DISCOVERY DISAGREEMENTS
CASE NO.  2:07-CV-02159-FCD-EFB