Robert J. Nelson (State Bar No. 132797)
Steve M. Swerdlow (State Bar No. 250344)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francis co, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

David M. Birka-White (State Bar No. 85721)
Stephen Oroza (State Bar No. 84681)
BIRKA-WHITE LAW OFFICES
411 Hartz Avenue, Suite 200
Danville, CA  94526
Telephone:  (925) 362-9999
Facsimile:  (925) 362-9970

Attorneys for Plaintiff Lynda and Lloyd Cartwright

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LYNDA CARTWRIGHT and LLOYD CARTWRIGHT on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIKING INDUSTRIES, INC., an Oregon corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:07-cv-02159-FCD-EFB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER RELATING TO EXPERT DISCOVERY AND CLASS CERTIFICATION** |

WHEREAS, Plaintiffs Lloyd and Lynda Cartwright ("Plaintiffs") and Defendant Viking Industries, Inc. ("Viking") have collectively disclosed eight pre-certification experts and expect to disclose three rebuttal experts which will require a total of eleven expert depositions; and

WHEREAS, on December 11, 2008 and December 12, 2008 Viking made substantial supplemental document productions relevant to class certification issues;

WHEREAS, Viking is scheduled to make an additional supplemental document production on or before December 19, 2008; and

794005.1                                              -1-

1 WHEREAS, under the terms of the current pre-trial scheduling Order dated April 22, 2008, (Document No. 36) and the Stipulation and Order to Modify the Scheduling Order dated September 17, 2008, (Document No. 65 and 66), Plaintiff and Viking agree that pre-certification discovery cannot be completed by the existing January 19, 2009 cutoff without significant unnecessary expense and inconvenience:

NOW, THEREFORE, Plaintiff and Viking, through their respective counsel, stipulate that the pre-trial scheduling Order dated April 22, 2008 (the "Scheduling Order") and the September 17, 2008 Order Amending the Scheduling Order in this action may be modified as follows:

1. All pre-certification expert discovery shall be completed by March 20, 2009;
2. Plaintiffs Motion for Class Certification shall be filed by April 10, 2009;
3. Defendant's Opposition shall be filed by May 11, 2009;
4. Plaintiff's reply shall be filed by June 1, 2009; and
5. The hearing on the motion shall be heard on Friday, June 26, 2009.

Dated: December 19, 2008        BIRKA-WHITE LAW OFFICES

By: /s/
       David M. Birka-White

Counsel for Plaintiffs Lloyd and Lynda Cartwright

Dated: December 19, 2008        ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
       J. Mark Thacker

Counsel for Defendant Viking Industries, Inc.

**ORDER**

IT IS SO ORDERED this 19th day of December 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE