RICHARD M. WILLIAMS (SBN 68032)
KEVIN P. CODY (SBN 96355)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113
Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501

Attorneys for Defendant
VIKING INDUSTRIES, INC., an Oregon
corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNDA CARTWRIGHT and LLOYD CARTWRIGHT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING INDUSTRIES, INC., an Oregon corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.  2:07-cv-2159 FCD/EFB**<br><br>**FOURTH STIPULATION TO AMEND SCHEDULING ORDER AND ORDER THEREON**<br><br>**Complaint filed:  August 16, 2007** |

WHEREAS, further disputes have arisen between Plaintiffs Lloyd and Lynda Cartwright ("Plaintiffs") and Defendant Viking Industries, Inc. ("Viking") related to the Order granting Plaintiffs' motion to compel responses to discovery (Document No. 64) (the "Discovery Order"); and

WHEREAS, Plaintiffs filed a motion to compel further responses and for sanctions that was heard on January 21, 2009, before Magistrate Judge Brennan; and

WHEREAS, by a previous stipulations, the cutoff for non-expert discovery was set as

January 26, 2009; and

WHEREAS, on January 21, 2009, in response to Plaintiffs' motion to compel further responses and for sanctions Magistrate Judge Brennan has ordered Viking to produce certain data; and

WHEREAS, Magistrate Judge Brennan ordered the data to be produced by January 23, 2009, as a result of the currently set cut off date for non-expert discovery being January 26, 2009; and

WHEREAS, the parties believe additional time is necessary both for Viking to produce and deliver to Plaintiffs' counsel the ordered data, and for Plaintiffs' counsel to review and analyze the produced data in advance of the cut off date for non-expert discovery; and

WHEREAS, the parties are requesting only a total of fourteen additional days to address the issues raised by Judge Brennan's order of January 21, 2009 and an additional thirty days to complete the remaining pre-certification non-expert depositions, and all other dates will remain unchanged;

NOW, THEREFORE, the parties stipulate as follows:

1. Viking will produce the data as required by Magistrate Judge Brennan's order on or before January 28, 2009; and discovery related to matters which are the subject of the Magistrate Judge Brennan's January 21, 2009 order shall be completed by February 4, 2009;

2. The deposition of Meriza Rodrigues and the Viking designee(s) selected to testify concerning communications with Plaintiffs shall be completed by February 25, 2009;

3. All other dates set forth in the Scheduling Order, as amended by prior stipulations and orders, shall remain the same.

| | | |
|---|---|---|
| 1 | Dated: January 21, 2009 | BIRKA-WHITE LAW OFFICES |
| 2 | | |
| 3 | | By: _____/s/_____<br>David M. Birka-White |
| 4 | | Counsel for Plaintiffs Lloyd and Lynda Cartwright |
| 5 | | |
| 6 | Dated: January 21, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 7 | | |
| 8 | | By: _____/s/_____<br>J. Mark Thacker |
| | | Counsel for Defendant Viking Industries, Inc. |

**ORDER**

**IT IS SO ORDERED** this 22nd day of January, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE