1 | Robert J. Nelson (State Bar No. 132727)
Steve M. Swerdlow (State Bar No. 250344)
2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
3 | 275 Battery Street, 30th Floor
San Francisco, CA 94111 3339
4 | Telephone: (415) 956 1000
Facsimile: (415) 956 1008

David M. Birka-White (State Bar No. 85721)
BIRKA-WHITE LAW OFFICES
411 Hartz Avenue, Suite 200
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

Attorneys for Plaintiffs Lynda and Lloyd Cartwright

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LYNDA CARTWRIGHT, et al., | Case No. 2:07-CV-02159-FCD-EFB |
| Plaintiffs, | **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER AND ORDER THEREON RELATING TO EXPERT DISCOVERY, CLASS CERTIFICATION AND POST-CERTIFCATION DISCOVERY** |
| v. | |
| VIKING INDUSTRIES, INC., et al., | |
| Defendants. | |

WHEREAS, Plaintiffs Lloyd and Lynda Cartwright ("Plaintiffs") and Defendant Viking Industries, Inc. ("Viking") have collectively disclosed eight pre-certification experts and three rebuttal experts which will require a total of eleven expert depositions;

WHEREAS, both Plaintiff and Defense experts are located throughout the United States and the coordination of the deposition schedule for all parties has been time consuming;

WHEREAS, numerous pre-certification expert depositions are underway and are scheduled throughout April and into May 2009;

- 1 -

STIPULATION AND ORDER TO AMEND SCHEDULING AND ORDER THEREON RELATING TO EXPERT DISCOVERY, CLASS CERTIFICATION AND POST-CERTIFICATION DISCOVERY

WHEREAS, under the terms of the current pre-trial scheduling Order dated April 22, 2008, (Document No. 36) and the Stipulations and Orders to Modify the Scheduling Order dated September 17 (Document Nos. 65 and 66) and December 19, 2008, (Document No. 91), Plaintiff and Viking agree that pre-certification discovery cannot be completed by the existing March 20, 2009 cutoff without significant unnecessary expense and inconvenience;

WHEREAS, the Court has reviewed the parties stipulation and proposed order to modify the pretrial scheduling order;

WHEREAS the parties have considered the Court's proposal to extend all <u>post-certification</u> dates;

NOW, THEREFORE, Plaintiff and Viking, through their respective counsel, stipulate that the following pre and post-certification deadlines:

1. All pre-certification expert discovery shall be completed by May 1, 2009;

2. Plaintiffs Motion for Class Certification shall be filed by May 22, 2009;

3. Defendant's Opposition shall be filed by June 21, 2009;

4. Plaintiff's reply shall be filed by July 10, 2009;

5. The hearing on the motion shall be heard on Friday, August 7, 2009.

6. All post-certification discovery shall be completed by December 7, 2009;

7. Expert disclosure shall be completed by December 21, 2009;

8. All supplemental disclosures shall be completed by January 11, 2010

9. All expert discovery shall be completed by February 10, 2010;

10. The hearing on dispositive motions shall be heard on April, 23, 2010;

11. The final pretrial Conference shall be at 2:00 PM  June 25, 2010; and

12. The Jury Trial shall commence at 9:00 AM on August 31, 2010.

- 2 -

STIPULATION AND ORDER TO AMEND SCHEDULING AND ORDER  THEREON RELATING TO EXPERT DISCOVERY, CLASS CERTIFICATION AND POST-CERTIFICATION DISCOVERY

Dated:  March  19 , 2009            BIRKA-WHITE LAW OFFICES

By:  _____/s/_____
     David M. Birka-White

Counsel for Plaintiffs Lloyd and Lynda Cartwright

Dated:  March  19 , 2009            ROPERS, MAJESKI, KOHN & BENTLEY

By:  _____/s/_____
     Kevin P. Cody

Counsel for Defendant Viking Industries, Inc.

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION AND ORDER TO AMEND SCHEDULING AND ORDER THEREON RELATING TO EXPERT DISCOVERY, CLASS CERTIFICATION AND POST-CERTIFICATION DISCOVERY