RICHARD M. WILLIAMS (SBN 68032)
KEVIN P. CODY (SBN 96355)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendant
VIKING INDUSTRIES, INC., an Oregon corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNDA CARTWRIGHT and LLOYD CARTWRIGHT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING INDUSTRIES, INC., an Oregon corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 2:07-cv-2159 FCD/EFB**<br><br>**STIPULATION AND ORDER EXTENDING THE DATE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION IS DUE**<br><br>**Complaint filed: August 16, 2007** |

WHEREAS, the parties executed and submitted a stipulation on or about March 19, 2009, which stipulation set forth, among other things, dates by which plaintiffs' motion for class certification, defendant's opposition thereto and plaintiffs' reply were due;

WHEREAS, the Court, on March 20, 2009, signed and entered an order which, among other things, established the due date for defendant's opposition as June 21, 2009;

WHEREAS, June 21, 2009, is a Sunday;

NOW, THEREFORE, plaintiffs and defendant, through their respective counsel, stipulate that the Court's March 20, 2009 Order to Amend Scheduling Order, and Order Thereon Relating

- 1 - Case No. 2:07-cv-2159 FCD/EFB

**STIPULATION AND ORDER EXTENDING THE DATE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION IS DUE**

to Expert Discovery, Class Certification and Post-certification Discovery be amended such that defendant's opposition to plaintiffs' motion for class certification shall be filed on or before June 22, 2009.

Dated: _____, 2009  BIRKA-WHITE LAW OFFICES

_____/s/_____
DAVID M. BIRKA-WHITE
Counsel for Plaintiffs
LLOYD and LYNDA CARTWRIGHT

Dated: _____, 2009  ROPERS, MAJESKI, KOHN & BENTLEY

_____/s/_____
KEVIN P. CODY
Attorney for Defendant
VIKING INDUSTRIES, INC.

**ORDER**

**IT IS SO ORDERED** this 29th day of May, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE