Robert J. Nelson (State Bar No. 132727)
Steve M. Swerdlow (State Bar No. 250344)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111 3339
Telephone:  (415) 956 1000
Facsimile:  (415) 956 1008

David M. Birka-White (State Bar No. 85721)
BIRKA-WHITE LAW OFFICES
411 Hartz Avenue, Suite 200
Danville, CA  94526
Telephone:  (925) 362-9999
Facsimile:  (925) 362-9970

Attorneys for Plaintiffs Lynda and Lloyd Cartwright

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LYNDA CARTWRIGHT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING INDUSTRIES, INC., et al.,<br><br>Defendants. | Case No.  2:07-CV-02159-FCD-EFB<br><br>**STIPULATION AND ORDER EXTENDING THE DATES DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION ARE DUE** |

WHEREAS the parties executed and submitted a stipulation on May 29, 2009, which stipulation set forth the dates by which defendant's Opposition to Plaintiffs' Motion for Class Certification were due;

WHEREAS, the Court on May 29, 2009, signed and entered an order which established the due date for defendant' Opposition to Plaintiffs' Motion for Class Certification to be filed on or before June 22, 2009;

NOW, THEREFORE, plaintiffs and defendant, through their respective counsel, stipulate

that the Court's May 29, 2009 Order to Amend Scheduling Order and Order Thereon Relating to Expert Discovery, Class Certification and Post-Certification Discovery be amended such that defendant's opposition to plaintiffs' motion for class certification shall be filed on or before June 25, 2009 and Plaintiffs Reply shall be filed on or before July 15, 2009.  The hearing date for Class Certification will remain at August 7, 2009.

Dated:  June  15, 2009               BIRKA-WHITE LAW OFFICES


By: _____/s/_____
        David M. Birka-White

Counsel for Plaintiffs Lloyd and Lynda Cartwright


Dated:  June  15, 2009               ROPERS, MAJESKI, KOHN & BENTLEY


By: _____/s/_____
        Kevin P. Cody

Counsel for Defendant Viking Industries, Inc.


**ORDER**

**IT IS SO ORDERED** this 16th day of June, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -    STIPULATION AND ORDER EXTENDING THE DATES DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND