RICHARD M. WILLIAMS (SBN 68032)
KEVIN P. CODY (SBN 96355)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

David M. Bernick (*Pro hac vice*)
KIRKLAND & ELLIS
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Attorneys for Defendant
VIKING INDUSTRIES, INC., an Oregon corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNDA CARTWRIGHT and LLOYD CARTWRIGHT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING INDUSTRIES, INC., an Oregon corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  2:07-cv-2159 FCD/EFB<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT VIKING INDUSTRIES, INC. FOR RECONSIDERATION OF CLASS CERTIFICATION ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:  **November 13, 2009**<br>Time:  **10:00 a.m.**<br>**Courtroom:  2**<br>**Honorable Frank C. Damrell, Jr.**<br><br>**Complaint filed:  August 16, 2007** |

PLEASE TAKE NOTICE that on November 13, 2009 at 10:00 a.m., in Courtroom 2 of the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento, California, defendant VIKING INDUSTRIES, INC. will move, and hereby does move, pursuant to F.R.C.P. Rules 23(c)(1)(C) and 59(e), and this Court's inherent power, for reconsideration of plaintiffs' motion for class certification (Docket #109) which by order entered September 14, 2009(Docket #145) this Court granted in part, and for

1  modification, amendment or revocation of that order to deny plaintiffs' motion for class
2  certification in its entirety. This motion is made on the ground that the portion of the Court's
3  order granting in part plaintiffs' motion for class certification is clearly erroneous.
4        This motion is based on this notice, defendant VIKING'S memorandum of points and
5  authorities in support of this motion, the declaration of J. Mark Thacker, defendant VIKING'S
6  opposition to plaintiffs' motion for class certification (Docket #117) and all papers filed in support
7  thereof (Docket #'s 118-134, and 143), as well as the pleadings in this matter, and all supporting
8  evidence and argument that may be filed in VIKING'S reply memorandum, as well as any and all
9  argument and evidence submitted or produced at the hearing on this motion.

10  Dated: September 28, 2009            ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
J. MARK THACKER
Attorneys for Defendant
VIKING INDUSTRIES, INC.