1  Robert J. Nelson (State Bar No. 132797)
   Steve Swerdlow (State Bar No. 250344)
2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   Embarcadero Center West
3  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
5
   David M. Birka-White (State Bar No. 85721)
6  BIRKA-WHITE LAW OFFICES
   411 Hartz Avenue, Suite 200
7  Danville, CA  94526
   Telephone:  (415) 616-9999
8  Facsimile:  (415) 616-9494

9  *Class Counsel*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LYNDA CARTWRIGHT and LLOYD CARTWRIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIKING INDUSTRIES, INC., an Oregon Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  2:07-cv-2159-FCD-EFB<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE** |

Robert J. Nelson, Class Counsel in the above-referenced action has filed a request to appear by telephone at the Case Management Conference set for hearing on Friday, May 7, 2010 at 10:00 AM.  Mr. Nelson recently had surgery that precludes him from driving for a few weeks.

IT IS HEREBY ORDERED that Plaintiffs' Request for Telephonic Appearance is GRANTED.

**IT IS SO ORDERED.**

Dated: May 4, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE